UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN JONES, | ) | |
| | ) | |
| Appellant, | ) | 1:04-cv-6566 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA, | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the plaintiff's notice of voluntary discontinuance and voluntary non-suit filed on February 28, 2005, and no appearance having been made by the defendant; IT IS HEREBY ORDERED that this matter is ordered dismissed without prejudice.

Dated: August 2, 2005        /s/ OLIVER W. WANGER
                             _____
                             OLIVER W. WANGER
                             United States District Judge

1