**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MELVIN JONES, JR.,** | ) | **1:04-cv-6566 OWW DLB** |
| | ) | |
| Plaintiff, | ) | **ORDER STRIKING "AMENDED** |
| | ) | **COMPLAINT"** |
| v. | ) | |
| | ) | |
| **STATE OF CALIFORNIA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**On June 21, 2007, Melvin Jones, Jr., - pro se, purported to file an "Amended Complaint" in the above-referenced case.**

**This case was dismissed with prejudice by Order filed August 4, 2005. The case was filed against the State of California as the sole Defendant.**

**The purported "Amended Complaint" is ORDERED STRICKEN as action 1:04-cv-6566 OWW DLB was previously dismissed with prejudice and is a closed case, no "Amended Complaint" may be filed in this closed action nor shall the Clerk of Court accept any further papers for filing.**

IT IS SO ORDERED.

**Dated:   June 26, 2007**                         **/s/ Oliver W. Wanger**

1

UNITED STATES DISTRICT JUDGE